The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F5 NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> A10 NETWORKS, INC., <br><br> Defendant. | NO. C10-00654 MJP <br><br> STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT |

## STIPULATION

Plaintiff F5 Networks, Inc., and Defendant A10 Networks, Inc., through their undersigned attorneys of record, hereby stipulate to an extension to July 9, 2010 for Defendant to file an Answer or otherwise respond to Plaintiff's Amended Complaint for Patent Infringement.

DATED this 3rd day of June, 2010.

s/Ramsey M. Al-Salam, WSBA# 18822
**Attorneys for Plaintiff F5 Networks, Inc.**
PERKINS COIE, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
P 206-359-8000
F 206-359-9000
ralsalam@perkinscoie.com

s/John A. Knox, WSBA #12707
**Attorneys for Defendant A10 Networks, Inc.**
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P (206) 628-6600
F (206) 628-6611
jknox@williamskastner.com

STIPULATION AND ORDER EXTENDING DEADLINE FOR
DEFENDANT TO ANSWER COMPLAINT - 1
(C10-654MJP)

1  Ryan J. McBrayer, WSBA# 28338
   William D. "Skip" Fisher, WSBA# 27475
2  S. Kameron Parvin, WSBA# 41016
   rmcbrayer@perkinscoie.com
3  wfisher@perkinscoie.com
   kparvin@perkinscoie.com
4

5

## ORDER

6

7       IT IS SO ORDERED.

        DATED this _7th_ day of June, 2010.
8

9

10
                                    _____
11                                  Marsha J. Pechman
                                    United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER EXTENDING DEADLINE FOR
DEFENDANT TO ANSWER COMPLAINT - 2
(C10-654MJP)

1   PRESENTED BY:

2   s/Ramsey M. Al-Salam, WSBA# 18822
    **Attorneys for Plaintiff F5 Networks, Inc.**
3   PERKINS COIE, LLP
    1201 Third Avenue, Suite 4800
4   Seattle, WA 98101-3099
    P 206-359-8000
5   F 206-359-9000
    ralsalam@perkinscoie.com
6   Ryan J. McBrayer, WSBA# 28338
    William D. "Skip" Fisher, WSBA# 27475
7   S. Kameron Parvin, WSBA# 41016
    rmcbrayer@perkinscoie.com
8   wfisher@perkinscoie.com
    kparvin@perkinscoie.com
9
    s/John A. Knox, WSBA #12707
10  **Attorneys for Defendant A10 Networks, Inc.**
    WILLIAMS, KASTNER & GIBBS PLLC
11  601 Union Street, Suite 4100
    Seattle, WA  98101-2380
12  Telephone:  (206) 628-6600
    Fax:  (206) 628-6611
13  Email:  jknox@williamskastner.com

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER EXTENDING DEADLINE FOR
DEFENDANT TO ANSWER COMPLAINT - 3
(C10-654MJP)

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFFS:**
Ramsey M. Al-Salam, WSBA# 18822
ralsalam@perkinscoie.com
Ryan J. McBrayer, WSBA# 28338
rmcbrayer@perkinscoie.com
William D. "Skip" Fisher, WSBA# 27475
wfisher@perkinscoie.com
S. Kameron Parvin, WSBA# 41016
kparvin@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
P 206-359-8000
F 206-359-9000

DATED this 3rd day of June, 2010.

s/John A. Knox, WSBA #12707
Attorneys for Defendant A10 Networks, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: jknox@williamskastner.com

STIPULATION AND ORDER EXTENDING DEADLINE FOR
DEFENDANT TO ANSWER COMPLAINT - 4
(C10-654MJP)