UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F5 NETWORKS, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>A10 NETWORKS, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | No. 2:10-cv-00654-MJP<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR EXCHANGING EXPERT WITNESS REPORTS ON CLAIM CONSTRUCTION FOR U.S. PATENT NO. 7,552,126<br><br>NOTE ON MOTION CALENDAR:<br>June 14, 2011 |

## STIPULATION

The parties, through their counsel, hereby stipulate to and request a short extension of time to exchange expert witness reports on claim construction for U.S. Patent No. 7,552,126 (the "'126 patent"), which defendant/counterclaim plaintiff A10 Networks, Inc. has asserted against plaintiff/counterclaim defendant F5 Networks, Inc. The current deadline for exchanging the expert reports is June 20, 2011 (Dkt. No. 83), and the parties have agreed to extend the deadline by one week, to June 27, 2011, with the Court's permission. No other deadline will be affected by this extension. The parties request this extension to give themselves, and their experts, adequate time to prepare their expert reports concerning each party's proposed constructions for the disputed claim terms and phrases.

Dated this 14th day of June, 2011.

Stipulated to and presented by:

| **PERKINS COIE LLP** | **WILLIAMS KASTNER & GIBBS PLLC** |
|---|---|

By:*/s/ William D. Fisher*  
William D. Fisher, WSBA No. 27475  
WFisher@PerkinsCoie.com  
Ramsey M. Al-Salam, WBSA No. 18822  
RAlSalam@perkinscoie.com  
S. Kameron Parvin, WSBA No. 41016  
KParvin@perkinscoie.com  
1201 Third Avenue, Suite 4800  
Seattle, WA  98101-3099  
Tel:  206-359-8000/Fax:  206-359-9000  

Attorneys for Plaintiff F5 Networks, Inc.

By:*/s/ John A. Knox*  
John A. Knox, WSBA #12707  
jknox@williamskastner.com  
601 Union Street, Suite 4100  
Seattle, WA  98101-2380  
Tel:  206-628-6600/Fax:  206-628-6611  

and

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

Scott R. Mosko, *admitted pro hac vice*  
Scott A. Herbst, *admitted pro hac vice*  
Smith R. Brittingham IV, *admitted pro hace vice*  
Lionel M. Lavenue, *admitted pro hac vice*  
John F. Hornick,  *admitted pro hac vice*  
3300 Hillview Avenue  
Palo Alto, CA  94304-1203  
Tel:  650-849-6600/Fax:  650 849-6666  

Attorneys for Defendant A10 Networks, Inc.

**ORDER**

IT IS SO ORDERED.

Dated this _15th_ day of June, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, with notification to all counsel of record.

Dated this 14th day of June, 2011

*/s/ William D. Fisher*
William D. Fisher