UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F5 NETWORKS, INC., a Washington corporation,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation,<br><br>Defendant/Counterclaim-Plaintiff. | NO. C10-00654 MJP<br><br>STIPULATION AND ORDER EXTENDING DEADLINES FOR EXPERT DEPOSITIONS AND CLAIM CONSTRUCTION BRIEFS FOR U.S. PATENT NO. 7,552,126<br><br>NOTE ON MOTION CALENDAR:<br>July 27, 2011 |

## **STIPULATION**

The parties, through their counsel, and for good cause as shown below, hereby stipulate to and request a two-week extension of the deadline to depose claim construction witnesses for U.S. Patent No. 7,552,126 (the "'126 patent"), which defendant/counterclaim plaintiff A10 Networks, Inc. has asserted against plaintiff/counterclaim defendant F5 Networks, Inc. The parties also seek a two-week extension of the deadlines for opening and responsive claim construction briefs. If granted, the requested extensions would modify the current deadlines as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Complete depositions for claim construction witnesses for '126 patent | 8/5/2011 | 8/19/2011 |

| | | |
|---|---|---|
| Opening claim construction briefs for '126 patent due (24 pages per side) | 8/19/2011 | 9/2/2011 |
| Responsive claim construction briefs for '126 patent due (24 pages per side) | 9/9/2011 | 9/23/2011 |

No other deadline will be affected by these requested extensions; specifically, the tutorial on the '126 patent and the Markman hearing for the '126 patent will remain scheduled for October 21 and October 28, 2011, respectively. The parties request this extension to accommodate their experts' schedules and to provide additional time after the expert depositions to prepare claim construction briefing in an orderly and efficient manner. The parties' experts, both of whom are on the East Coast, have limited availability in July and August, and the parties were only able to schedule their depositions during the week of August 15th.

Dated this 27th day of July, 2011.

Stipulated to and presented by:

*s/ William D. Fisher*
Ramsey Al-Salam, WSBA #18822
RAlSalam@PerkinsCoie.com
Ryan J. McBrayer, WSBA #28338
RMcBrayer@PerkinsCoie.com
William D. Fisher, WSBA #27475
WFisher@perkinscoie.com
S. Kameron K. Parvin, WSBA #41016
KParvin@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 583-8888
Facsimile: (206) 583-8500

Attorneys for Plaintiff F5 Networks, Inc.

*s/ John A. Knox*
John A. Knox, WSBA #12707
jknox@williamskastner.com
**WILLIAMS KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611

and

Scott R. Mosko, *admitted pro hac vice*
Scott A Herbst, *admitted pro hac vice*
Smith R. Brittingham IV, *admitted pro hac vice*
Lionel M. Lavenue, *admitted pro hac vice*
John F. Hornick, *admitted pro hac vice*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant A10 Networks, Inc.

# ORDER

IT IS SO ORDERED.

The Clerk of the Court is directed to forward copies of this Order to counsel of record.

Dated this __27th___ day of ___July____, 2011.

_____
Marsha J. Pechman
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFF:**
Ramsey M. Al-Salam, WSBA# 18822
ralsalam@perkinscoie.com
Ryan J. McBrayer, WSBA# 28338
rmcbrayer@perkinscoie.com
William D. "Skip" Fisher, WSBA# 27475
wfisher@perkinscoie.com
S. Kameron Parvin, WSBA# 41016
kparvin@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
P 206-359-8000
F 206-359-9000

DATED this 27th day of July, 2011.

*s/John A. Knox*, WSBA #12707
Attorneys for Defendant A10 Networks, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P (206) 628-6600; F (206) 628-6611
jknox@williamskastner.com

STIPULATION AND ORDER EXTENDING DEADLINES FOR
EXPERT DEPOSITIONS AND CLAIM CONSTRUCTION BRIEFS
FOR U.S. PATENT NO. 7,552,126 – 3
(C10-00654 MJP)