UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F5 NETWORKS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>A10 NETWORKS, INC., a California corporation,<br><br>Defendant. | NO. C10-00654 MJP<br><br>ORDER GRANTING DEFENDANT A10 NETWORKS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO F5 NETWORKS, INC.'S MOTION FOR RECONSIDERATION<br><br>NOTE ON MOTION CALENDAR:<br>August 1, 2011 |

THIS MATTER having come before the Court on Defendant A10 Network, Inc.'s Unopposed Motion for Extension of Time to Respond to F5 Network, Inc.'s Motion for Reconsideration, the Court having reviewed the materials submitted in support of the Motion, and having found good cause for the relief requested, now, therefore, it is hereby

ORDERED that A10's Unopposed Motion for Extension of Time to Respond to F5 Network, Inc.'s Motion for Reconsideration is GRANTED. A10 shall submit its Response no later than August 8, 2011.

///

///

///

///

1     The Clerk of the Court is directed to forward copies of this Order to all counsel of record.

    DATED this __3rd__ day of __August___ 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

PRESENTED BY:

s/John A. Knox
John A. Knox, WSBA #12707
Attorneys for Defendant A10 Networks, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: (206) 628-6600; F: (206) 628-6611
jknox@williamskastner.com

Scott R. Mosko (*Admitted Pro Hac Vice*)
  scott.mosko@finnegan.com
Scott A. Herbst (*Admitted Pro Hac Vice*)
  scott.herbst@finnegan.com
Smith R. Brittingham IV (*Admitted Pro Hac Vice*)
  smith.brittingham@finnegan.com
Lionel M. Lavenue (*Admitted Pro Hac Vice*)
  lionel.lavenue@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

*Attorneys for Defendant A10 NETWORKS, INC.*

ORDER GRANTING DEFENDANT A10 NETWORKS, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO F5 NETWORKS, INC.'S MOTION FOR RECONSIDERATION -
2
(NO. C10-00654 MJP)