UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F5 NETWORKS INC, | CASE NO. C10-654 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| A10 NETWORKS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed A10 Networks, Inc.'s Unopposed Motion to File Overlength Brief (Dkt. No. 189).

The motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

MINUTE ORDER- 1

1  Filed this _5th_ day of December, 2011.

2

3                                           William M. McCool
                                          Clerk of Court

4

                                          s/Mary Duett
5                                           Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2